UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,                :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND              :
THE MCGRAW-HILL COMPANIES, INC.,
                                        :
                    Plaintiffs,
                                        :
     -against-                              07 Civ.
                                        :
JOHN DOE D/B/A LPE BOOKSTORE
D/B/A KBS AND JOHN DOES                 :
NOS. 1-5,
                                        :
                    Defendants.
                                        :
- - - - - - - - - - - - - - - - - x



07 CIV 8028
JUDGE McMAHON
RECEIVED SEP 12 2007 U.S.D.C. S.D.N.Y. CASHIERS

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of

Civil Procedure and to enable Judges and Magistrate Judges

of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for John Wiley & Sons,

Inc. (a private, non-governmental party) certifies that no

publicly-held corporation owns more than 10% of the stock

of the said party.


DATE: ___9/11/07___                    William Dunnegan
                                       SIGNATURE OF ATTORNEY