```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------x

PEARSON EDUCATION, INC.,           :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND          :
THE MCGRAW-HILL COMPANIES, INC.,
                                   :
            Plaintiffs,
                                   :
       -against-                         07 Civ. 8028 (CM)
                                   :
JOHN DOE D/B/A LPE BOOKSTORE
D/B/A KBS AND JOHN DOES            :
NOS. 1-5,
                                   :
            Defendants.
                                   :
------------------x
```

PLAINTIFFS' EX PARTE APPLICATION FOR AN
ORDER ALLOWING SERVICE ON DEFENDANTS BY E-MAIL
AND U.S. MAIL AND AUTHORIZING THE ISSUANCE
OF SUBPOENAS TO DETERMINE THE IDENTITIES
AND LOCATIONS OF DEFENDANTS

Plaintiffs hereby move pursuant to Rules 4(e)(1) and 26(d) of the Federal Rules of Civil Procedure for an order (i) allowing service by e-mail and mail of the summons and complaint on defendant John Doe d/b/a LPE Bookstore d/b/a KBS, and (ii) authorizing plaintiffs to serve subpoenas on AbeBooks Inc., Google Inc., PayPal, Inc. and eBay, Inc. to determine the identities and locations of defendants, which are presently unknown to plaintiffs.

The basis for this application is set forth in the accompanying declaration of William Dunnegan, sworn to October 2, 2007.

A proposed order is annexed.

Dated:  New York, New York
        October 2, 2007

                          DUNNEGAN LLC

                          By /s/ William Dunnegan
                             William Dunnegan (WD9316)
                             Megan L. Martin (MM4396)
                          Attorneys for Plaintiffs
                            Pearson Education, Inc.,
                            John Wiley & Sons, Inc.,
                            Cengage Learning Inc., and
                            The McGraw-Hill Companies, Inc.
                          350 Fifth Avenue
                          New York, New York 10118
                          (212) 332-8300