AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  10/17/07 |
| NAME OF SERVER *(PRINT)*  Laura  Scileppi | TITLE  Associate |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐  Returned unexecuted: _____
_____
_____

☑  Other (specify): 10/16/07 - e-mailed pdf versions of the complaint, summons, Judge Rules & E-filing instructors to lowprie.edithon@gmail.com 10/17/07 - caused the above to be mailed to defendant's last known address in a plain envelope marked "personal & confidential"

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/17/07
_____    _____
Date                                Signature of Server

350 Fifth Avenue, Suite 4908
New York, New York
10118
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.