UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,                :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND               :
THE MCGRAW-HILL COMPANIES, INC.,
                                        :
            Plaintiffs,
                                        :
     -against-                             07 Civ. 8028 (CM)
                                        :
JOHN DOE D/B/A LPE BOOKSTORE
D/B/A KBS AND JOHN DOES                 :
NOS. 1-5,
                                        :
            Defendants.
                                        :
- - - - - - - - - - - - - - - - - x

NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs hereby dismiss the above action without prejudice and without costs.

Dated:  New York, New York
        December 11, 2007

                              DUNNEGAN LLC

                              By  *William Dunnegan* (signature)
                                 William Dunnegan (WD9316)
                                 Megan L. Martin (MM4396)
                              Attorneys for Plaintiffs
                                 Pearson Education, Inc.,
                                 John Wiley & Sons, Inc.,
                                 Cengage Learning Inc., and
                                 The McGraw-Hill Companies, Inc.
                              350 Fifth Avenue
                              New York, New York 10118
                              (212) 332-8300