<u>Declaration of Service</u>

GERVAISE MOURLET hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

I am over the age of 18.

On December 11, 2007, I caused a true copy of the foregoing PLAINTIFFS' NOTICE OF DISMISSAL to be served by mail on the attorney for Defendant:

Dorai Samy
LPE Bookstore
Coimbatore 641005
INDIA

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of December 2007.

_____
Gervaise Mourlet