UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND
THE MCGRAW-HILL COMPANIES, INC.,

          Plaintiffs,

    -against-             07 Civ. 8028 (CM)

JOHN DOE D/B/A LPE BOOKSTORE
D/B/A KBS AND JOHN DOES
NOS. 1-5,

          Defendants.
- - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/07

NOTICE OF DISMISSAL

      Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs hereby dismiss the above action without prejudice and without costs.

Dated:  New York, New York
        December 11, 2007

                              DUNNEGAN LLC

                              By _/s/ William Dunnegan_
                              William Dunnegan (WD9316)
                              Megan L. Martin (MM4396)
                       Attorneys for Plaintiffs
                            Pearson Education, Inc.,
                            John Wiley & Sons, Inc.,
                            Cengage Learning Inc., and
                            The McGraw-Hill Companies, Inc.
                      350 Fifth Avenue
                      New York, New York 10118
                      (212) 332-8300

## Declaration of Service

GERVAISE MOURLET hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

I am over the age of 18.

On December 11, 2007, I caused a true copy of the foregoing PLAINTIFFS' NOTICE OF DISMISSAL to be served by mail on the attorney for Defendant:

Dorai Samy
LPE Bookstore
Coimbatore 641005
INDIA

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of December 2007.

_____
Gervaise Mourlet